UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski, | Case No. 8:19-cv-00973-AB-Ex |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| E&S Management Serices, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days**,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 8, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE